# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### June 4, 2013

| | | |
|---|---|---|
| CAAP–10–00 00120 | State v. Iopa | Affirmed |
| CAAP–10–00 00123 | State v. Salas | Affirmed |

### June 7, 2013

| | | |
|---|---|---|
| CAAP–12–00 00644 | State v. Edralin | Affirmed |

### June 12, 2013

| | | |
|---|---|---|
| 30486 | Au Hoy v. Au Hoy | Affirmed |
| CAAP–12–00 00446 | Bank of New York Mellon v. Johnson | Affirmed |

### June 13, 2013

| | | |
|---|---|---|
| 30027 | Holcomb v. State, Dept. of Commerce and Consumer Affairs, Bd. of Psychology | Affirmed |

### June 14, 2013

| | | |
|---|---|---|
| 29768 | State v. Mattes | Affirmed |
| CAAP–12–00 00185 | State v. Taito | Affirmed |

### June 19, 2013

| | | |
|---|---|---|
| 30433 | Henna v. Hayashida | Affirmed |
| CAAP–12–00 00504 | State v. Griffin | Affirmed |

### June 20, 2013

| | | |
|---|---|---|
| 30017 | Kekumu v. Kekumu | Affirmed |